■ SELMA MARGULIES, Respondent, v MYRON L. MARGULIES, Appellant. —On the court's own motion, the order of this court entered on June 26, 1979 is amended only to the extent of striking the Bench appearing thereon and inserting in lieu thereof the following Bench: "Present—Murphy, P. J., Kupferman, Lupiano, Silverman and Ross, J.J." Concur—Murphy, P. J., Kupferman, Ross, Lupiano and Silverman, JJ. [See 70 AD2d 832.]

## (March 27, 1980)

■ JOSEPH TESSAR, Respondent, v CITY OF NEW YORK et al., Respondents, and JOHN CROFT, Appellant.—Order, Supreme Court, New York County, entered on October 29, 1979, unanimously affirmed on the opinion of Egeth, J., at Special Term. Plaintiff-respondent and defendants-respondents shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Birns, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR COLON, Appellant.—Judgment, Supreme Court, New York County, rendered on February 8, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sandler, Sullivan and Bloom, JJ.

■ LOUIS ZAZZARINO et al., Respondents, v AETNA CASUALTY AND SURETY COMPANY et al., Appellants.—Order, Supreme Court, New York County, entered on November 23, 1979, unanimously affirmed for the reasons stated by Whitman, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Birns, J. P., Sullivan, Silverman, Lynch and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WEAVER, Appellant.—Judgment, Supreme Court, New York County, rendered on February 15, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ EQUILEASE CORPORATION, Respondent, v INTERNATIONAL TELEPHONE & TELEGRAPH CORPORATION, Defendant and Third-Party Plaintiff-Appellant. NCC LEASING, INC., et al., Third-Party Defendants-Respondents.—Order, Supreme Court, New York County, entered on March 5, 1979, unanimously affirmed, without prejudice to an application by appellant to Myers, J., to recompute the amount owed by appellant to plaintiff-respondent. Respondents shall recover of appellant one bill of $75 costs and disbursements of this appeal. No opinion. Concur—Sullivan, J. P., Ross, Markewich, Silverman and Yesawich, JJ.